**Order entered July 27, 2017**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-17-00254-CV

### TROY LONION, Appellant

### V.

### TRAVIS BAUCOM, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11293**

## ORDER

Before the Court is appellant's July 25, 2017 third motion to extend time to file appellant's brief pending the filing of the reporter's record. We **GRANT** appellant's motion **to the extent** that we **VACATE** our April 11, 2017 order submitting this appeal without the reporter's record. We **ORDER** court reporter Tenesa Shaw to file, by **August 25, 2017**, either the reporter's record or written verification that appellant has failed to make the payments as arranged for the reporter's record. Appellant's brief shall be filed within **THIRTY DAYS** of the filing of the reporter's record. We caution appellant that if the Court receives written verification of nonpayment, the Court will again order the appeal submitted without the reporter's record.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE